Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$7,097.44 IN UNITED STATES CURRENCY SEIZED FROM BOEING EMPLOYEES CREDIT UNION MEMBER ACCOUNT NO. XXXXXX6414, HELD IN THE NAME OF ERIC J. SMITH; *et al.*<br><br>Defendants. | No. C14-1099RSL<br><br>[Proposed]<br><br>**JUDGMENT OF FORFEITURE AS TO ALL REMAINING DEFENDANT PROPERTY** |

On July 18, 2014, the United States filed a Complaint for Forfeiture *in rem*, against the following defendant property in this matter:

1.  $7,097.44 in United States Currency seized from Boeing Employees Credit Union Member Account No. XXXXXX6414, held in the name of Eric J. Smith, (hereinafter referred to as "the defendant property.")

In its complaint, the United States alleges that the defendant property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A) and Title 31, United States Code, Section 5317(c)(2), for violations of Title 18, United States Code, Sections 1956(a)(2), 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), and Title 31, United States Code, Section 5324(a)(3).

Judgment of Forfeiture as to Remaining Defendant Property - 1
*U.S. v. $7,097.44 in U.S. Currency, et al.* Case No. C14-1099RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    On July 18, 2014, the United States filed a Notice of Complaint for Forfeiture *In Rem*

2  in which all interested persons were advised to file their claims pursuant to Supplemental

3  Rule G(5) of the Federal Rules of Civil Procedure with the Clerk of the Court within thirty-

4  five (35) days after the date of service of the complaint and to serve their Answers to the

5  Complaint within twenty-one (21) days after filing a claim.

6    Notice of the forfeiture action was published on the www.forfeiture.gov website for at

7  least thirty (30) consecutive days, starting on August 14, 2014.  All interested persons were

8  advised to file their claims pursuant to Supplemental Rule G(5) of the Federal Rules of Civil

9  Procedure with the Clerk of the Court within sixty (60) days after the first date of publication

10  and to serve their Answers to the Complaint within twenty-one (21) days after filing a claim.

11    Notice was effected on potential claimant, Eric Smith, pursuant to the Federal Rules

12  of Civil Procedure Supplemental Rule G(4)(b)(iii)(B) on August 11, 2014, by mailing copies

13  of the Verified Complaint for Forfeiture in rem, and Notice of Complaint for Forfeiture and

14  Warrant of Arrest in rem, via certified mail return receipt requested.

15    On September 7, 2014, Yolanda P Smith, filed a Claim of Ownership to the $2,008.03

16  in United States Currency seized from Bank of America Account No. XXXX0188, held in

17  the name of Eric Smith and Yolanda Smith.  In her Claim, Ms. Smith stated "I have no

18  interest in the Boeing Employees Credit Union account No. XXXXXX6414."

19    On November 18, 2016, this Court approved a Stipulated Settlement Agreement

20  between the United States and Claimant Yolanda Smith wherein the United States agreed to

21  return the $2,008.03 in U.S. Currency seized from Bank of America Account no.

22  XXXX0188, held in the name of Eric Smith and Yolanda Smith. Claimant Yolanda Smith

23  agreed she had no interest in the $7,097.44 in United States Currency seized from Boeing

24  Employees Credit Union Member Account No. XXXXXX6414, held in the name of Eric J.

25  Smith, and further agreed not to oppose a Motion for Judgment of Forfeiture of the defendant

26  property.

27    More than thirty-five (35) days have elapsed since Eric Smith was served with the

28  Complaint and related documents, and more than sixty (60) days have passed since notice of

Judgment of Forfeiture as to Remaining Defendant Property - 2
*U.S. v. $7,097.44 in U.S. Currency, et al.* Case No. C14-1099RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   the forfeiture action was published.  Further, Eric Smith's interest in the defendant property

2   was forfeited by Preliminary Order of Forfeiture entered in the related matter *U.S. v. Eric*

3   *Smith*, Western District of Washington, Court Case o. CR15-0282-MJP.

4       All persons and entities believed to have an interest in the remaining defendant

5   property were given proper notice of the intended forfeiture.  No other claim of interest has

6   been received as to the remaining defendant property, the time allowed for filing of such a

7   claim has expired, and all claimants that have come forward have settled their claims.

8       Now, therefore on motion by the Plaintiff, United States of America, for a Judgment

9   for Forfeiture as to the remaining Defendant property, it is hereby

10      **ORDERED, ADJUDGED AND DECREED** as follows:

11      1.      This Court has jurisdiction over this action under Title 28, United States Code,

12   Sections 1345 and 1355, and venue pursuant to Title 28, United States Code, Section 1395.

13      2.      Pursuant to Title 18, United States Code, Section 981(a)(1)(A) and Title 31,

14   United States Code, Section 5317(c)(2), the following property is hereby forfeited to the

15   United States of America, and no right, title, or interest in the defendant property shall exist

16   in any other party:

17          $7,097.44 in United States Currency seized from Boeing Employees Credit
            Union Member Account No. XXXXXX6414, held in the name of Eric J.
18          Smith.

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

Judgment of Forfeiture as to Remaining Defendant Property - 3
*U.S. v. $7,097.44 in U.S. Currency, et al.* Case No. C14-1099RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     3.    The United States Department of Justice, and/or its agents and representatives,

2  shall dispose of the defendant property in accordance with the law.

3        DATED this _1st_ day of _June_ , 2017.

4

5

6                           ROBERT S. LASNIK
                           United States District Court Judge

7  Presented by:

8

9

10  _s/Richard E. Cohen_
    RICHARD E. COHEN

11  Assistant United States Attorneys
    United States Attorney's Office

12  700 Stewart Street, Suite 5220

13  Seattle, Washington 98101-1271
    (206) 553-2242; (206) 553-6934 (fax)

14  Richard.E.Cohen@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment of Forfeiture as to Remaining Defendant Property - 4
*U.S. v. $7,097.44 in U.S. Currency, et al.* Case No. C14-1099RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970